| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, et al. | |
| In Re:<br><br>Yaneth Muriel,<br><br>Debtor. | Case No.:    24-14054-ABA<br><br>Chapter:    13<br><br>Hearing Date:    08/06/2024<br><br>Judge:    Altenburg |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 305 Doughty Road (Docket # 30)

_____

Date: 08/01/2024                                    /s/ Denise Carlon
                                                                    Signature

*rev.8/1/15*