Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24−14054−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yaneth D Muriel
    aka Yaneth D Flores
    305 Doughty Rd
    Pleasantville, NJ 08232

Social Security No.:
    xxx−xx−5484

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 09:00 AM

to consider and act upon the following:

*37* – Certification in Opposition to (related document:36 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/21/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Andrew M. Carroll on behalf of Yaneth D Muriel. (Carroll, Andrew)

Dated: 4/16/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court